SEYFARTH SHAW LLP
Christian J. Rowley (State Bar No. 187293)
crowley@seyfarth.com
Andrew M. McNaught (State Bar No. 209093)
amcnaught@seyfarth.com
Ashley E. Choren (State Bar No. 260337)
achoren@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
CARRIER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN DOYLE, an individual | Case No. C09-03333 CRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CARRIER CORPORATION, a corporation, and DOES 1-50, inclusive, | |
| Defendant. | |

The Parties have reached an agreement to settle the case. A settlement agreement is currently being circulated and reviewed. Plaintiff will shortly file a notice of dismissal with prejudice in accordance with the terms of the settlement agreement.

DATED: January 15, 2010

SEYFARTH SHAW LLP

By _____
Christian J. Rowley
Andrew M. McNaught

Attorneys for Defendant
CARRIER CORPORATION

1

NOTICE OF SETTLEMENT/ CASE NO. C09-03333 CRB
SF1 28382230.1